FILED
CLERK, U.S. DISTRICT COURT

5/10/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDRIC TYRONE MOORE AND PAULA PFLUGER, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., <br><br> Defendants. | NO. CV 16-0046-JFW(E) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the Second Amended Complaint and action without leave to amend and with prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: May 10, 2016.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE