JS-6

FILED
CLERK, U.S. DISTRICT COURT
5/10/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDRIC TYRONE MOORE AND PAULA PFLUGER, | ) NO. CV 16-0046-JFW(E) |
| Plaintiffs, | ) |
| v. | ) JUDGMENT |
| DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., | ) |
| Defendants. | ) |

    IT IS ADJUDGED that the action is dismissed with prejudice.

    DATED: May 10, 2016.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE